LODER v. HASKELL. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Cornelius S. Loder against Charles N. Haskell. No opinion. Motion denied.

LOGAN, Respondent, v. MOORE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by William J. Logan against John G. Moore and others. T. Thacher, for appellants. W. B. Hornblower, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 54 N. Y. Supp. 462.

LOMBARD, Appellant, v. POST-EXPRESS PRINTING CO. OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by Jacob C. Lombard against the Post-Express Printing Company of Rochester, N. Y. No opinion. Judgment and order affirmed, with costs.

LOWENTHAL, Respondent, v. WOLFAR et al., Appellants. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Morris Lowenthal against Maurice Wolfar and another. A. B. Jaworower, for appellants. J. G. & G. B. Engel, for respondent. No opinion. Judgment and order affirmed, with costs.

In re McCAHILL. (Supreme Court, Appellate Division, First Department. May 11, 1900.) In the matter of Thomas J. McCahill. No opinion. Motion granted. See 61 N. Y. Supp. 1071.

McCOURT, Respondent, v. COWPERTHWAIT, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Peter J. McCourt against Cynthia B. Cowperthwait. From a judgment of the general term of the city court (63 N. Y. Supp. 240) in favor of the plaintiff, defendant appeals. Affirmed. Dill, Seymour & Baldwin, for appellant. Walter Cox, for respondent. No opinion. Judgment affirmed, with costs.

In re McECHRON et al. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) In the matter of the final judicial settlement of the accounts of William McEchron and James M. Ordway, as surviving trustees of Clarissa Ordway, under last will and testament of Jones' Ordway, deceased. No opinion. Decree affirmed, without costs of appeal to either party.

McGAUGH, Respondent, v. NELLIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by David McGaugh against James D. Nelligan. No opinion. Order affirmed, with $10 costs and disbursements.

McKEAN, Appellant, v. TRADESMEN'S NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Bernard S. McKean, as receiver, against the Tradesmen's National Bank.

H. H. Walker, for appellant. T. D. Adams, for respondent. No opinion. Judgment affirmed, with costs.

In re McKENNA. (Supreme Court, Appellate Division, First Department. May 18, 1900.) In the matter of Ellen McKenna. No opinion. Motion granted, with $10 costs.

McLEAN, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division, Second Department. November Term, 1899.) Action by John R. McLean against Lydia A. Chapman, impleaded with George H. Sexton. PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to withdraw demurrers and serve answers within 20 days, on the payment of the costs (one bill) of demurrer and on this appeal.

In re McQUADE. (Supreme Court, Appellate Division, First Department. May 18, 1900.) In the matter of Arthur J. McQuade. No opinion. Motion granted, with $10 costs.

In re McVEIGH. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) In the matter of the application of Thomas M. McVeigh for admission to practice. No opinion. Application granted.

MAGUIRE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Francis D. Maguire against the Brooklyn Heights Railroad Company. PER CURIAM. As no claim is made of collusion or fraud, and a modification of the order is not requested permitting the plaintiff's attorney to continue the litigation for his benefit, the order must be reversed, on the authority of Pilkington v. Railroad Co., 49 App. Div. 22, 63 N. Y. Supp. 211. Order reversed, with $10 costs and disbursements.

MATTHEWS et al., Respondents, v. SHANKLAND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by George E. Matthews and others against David Shankland, as president, etc., and others. No opinion. Appeal dismissed, with costs, under general rule 39. See 56 N. Y. Supp. 123.

MEHRBACH v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 12, 1900.) Action by Caroline Mehrbach against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 1142.

MENDEL v. DART. (Supreme Court, Appellate Term. April 16, 1900.) Action by one Mendel against one Dart. From a judgment in favor of the plaintiff, defendant appeals. Reversed. D. F. Toumey, for appellant. S. F. Hyman, for respondent. PER CURIAM. As the record does not show that the defendant was a resident of the city